# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4789
_____

CARIN ELAINE MAXEY,

Petitioner,

v.

JAMES MICHAEL DUNKEL and
KAREN MCCLAIN DUNKEL,

Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


February 8, 2019


PER CURIAM.

The petition for writ of prohibition is denied on the merits.

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael M. Naughton, Jacksonville, for Petitioner.

No appearance for Respondents.